IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA, | : |
| Plaintiff, | : |
| v. | : CRIMINAL ACTION |
| PHUONG LE, | : NO. 09-cr-719 |
| Defendant. | : |

# ORDER

**AND NOW**, this ____ day of March, 2011, upon consideration of Defendant's Motion to Suppress (Doc. 31) and the Government's Response in Opposition thereto (Doc. 34), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED.**

BY THE COURT:

/S/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

-1-